# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-0956
LT Case No. 2024-105594-CFDL

————————————————

ADOLFO REQUENA,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

————————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Matthew J. Metz, Public Defender, Daytona Beach, and Joshua M. Mott, Assistant Public Defender, DeLand, for Petitioner.

No Appearance for Respondent.

April 17, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 30, 2025 judgment and sentence rendered in Case No. 2024-105594-CFDL, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, SOUD, and KILBANE, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————